UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.   § | NO:  WA:24-CR-00233(1)-ADA |
| § | |
| (1) ZACHARY BYNUM § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  July 1, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ZACHARY BYNUM, which alleged that Bynum violated a condition of his supervised release and recommended that Bynum 's supervised release be revoked (Clerk's  Document No. 6).  A warrant issued and Bynum was arrested.  On July 16, 2025, Bynum appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Bynum appeared before the magistrate judge on July 22, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on July 22, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Bynum, the magistrate judge recommends that this court

revoke Bynum supervised release and that Bynum be sentenced to FORTY FIVE (45) DAYS in an in-patient substance abuse treatment facility as soon as a bed becomes available. It is further RECOMMNEDED that the defendant be given a new three (3) year term of supervised release, to begin when the defendant enters the in-patient facility (Clerk's Document No. 19).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On July 22, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 18). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 19 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ZACHARY BYNUM's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ZACHARY BYNUM be sentenced to FORTY FIVE (45) DAYS in an in-patient substance abuse treatment facility as soon as a bed becomes available. It is further ORDERED that the defendant be given a new three (3) year term of supervised release, to begin when the defendant enters the in-patient facility. All prior conditions of supervised release are reimposed.

Signed this 25th day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE